# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Glenn Wagner & Michelle Wagner

Case Number: 21-13158

An appearance is hereby filed by the undersigned as attorney for:

Select Portfolio Servicing, Inc

Attorney name (type or print): Aaron L. Nevel

Firm: Law Offices of Ira T. Nevel, LLC

Street address: 175 N. Franklin St., Ste. 201

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6322724
(See item 3 in instructions)

Telephone Number: 312-357-1125

Email Address: AaronN@Nevellaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/24/2021

Attorney signature:    S/ Aaron L. Nevel
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015